**AEGIS LAW FIRM, PC**
SAMUEL A. WONG (State Bar No. 217104)
KASHIF HAQUE (State Bar No. 218672)
JESSICA L. CAMPBELL (State Bar No. 280626)
9800 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251

Attorneys for Plaintiff Julio Cesar Zazueta Perez, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR ZAZUETA PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAL HAYS CONSTRUCTION, INC.,<br><br>Defendants. | Case No. 5:16-cv-001461 AG (DTBx)<br><br>**DISCOVERY MOTION**<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE, NO. 1**<br><br>Date: July 20, 2017<br>Time: 10:00 a.m.<br>Ctrm: 3 – 3rd Floor (Riverside)<br><br>Class Certification Deadline: 2/15/18<br>Discovery Cut-Off: 5/21/18<br>Pre-Trial Conference: 10/22/18<br>Trial Date: 10/30/18 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, following discussions between counsel, Plaintiff hereby withdraws his Motion to Compel Further Responses to Plaintiff's Special Interrogatories, Set One, No. 1, scheduled for hearing at 10:00 a.m. on July 20, 2017.

Accordingly, Plaintiff requests that the Court vacate the hearing.


Date: July 6, 2017                    AEGIS LAW FIRM, PC

                                        By: */s/ Jessica L. Campbell*
                                              Jessica L. Campbell
                                              Counsel for Plaintiff
                                              Julio Cesar Zazueta Perez