# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR ZAZUETA PEREZ, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAL HAYS CONSTRUCTION, INC., a California corporation; HERITAGE TRANSPORTATION, INC.; HAL A. HAYS, an individual; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 5:16-cv-001461 AG (DTBx)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT AWARD<br><br>Date:  January 7, 2019<br>Time:  10:00 a.m.<br>Judge: Hon. Andrew J. Guilford |

1  Plaintiff's Motion for Award of Attorneys' Fees, Costs, and Class Representative Enhancement Award came on for hearing before the Court on January 7, 2019, at 10:00 a.m in Courtroom 10D of the United States District Court, Central Division before United States District Judge Andrew J. Guilford.

Having considered the Motion and supporting papers filed by Plaintiff and the oral arguments of counsel, IT IS HEREBY ORDERED as follows:

1. Kashif Haque, Samuel A. Wong, Jessica L. Campbell, and Shelly D. Song of Aegis Law Firm, PC (collectively referred to as "Class Counsel"), having conferred a benefit on absent Class Members and having expended efforts to secure compensation to the Class, are entitled to a fee, and accordingly, the Court approves the application by Class Counsel for attorneys' fees in the total amount of $266,000.00. This amount is payable as set forth in the Settlement Agreement.

2. The Court further approves Class Counsel's reasonable litigation costs in the amount of $12,761.94, to be paid as set forth in the Settlement Agreement.

3. The Court further approves a payment of $5,000.00 to the Class Representative, Julio Cesar Zazueta Perez, for the initiation of this action, work performed, and risks undertaken in this matter.

4. The Court further approves ILYM Group's fees and expenses in the amount of $10,435.20 for completion of all of its duties pursuant to the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: Jan 9, 2018

_____
Honorable Andrew J. Guilford
United States District Judge